UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1127
(1:21-cv-01190-JRR)

_____

ASHLEY BUSH

    Plaintiff - Appellant

v.

FREDERICK COUNTY PUBLIC SCHOOLS

    Defendant - Appellee

_____

O R D E R

_____

This case is currently calendared for oral argument January 26, 2024. For reasons appearing to the court, this case is removed from the oral argument calendar and submitted for a decision on the briefs pursuant to Fed. R. App. P. 34(a)(2) and Local Rule 34(a).

    For the Court

    /s/ Nwamaka Anowi, Clerk